```
JOHN L. TAYLOR, ESQ.
LAW OFFICES OF JOHN L. TAYLOR
507 POLK STREET, SUITE 400
SAN FRANCISCO, CA 94102

Telephone: (415) 956-0155
Facsimile: (415) 956-0194

Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY SAVAGE, | Case No. ~~C00-2126647~~ C05-2378 MHP |
| Plaintiff, | STIPULATION AND ORDER RESETTING MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| CITY OF BERKELEY, et al., | |
| Defendants. | |

Plaintiff HENRY SAVAGE and Defendants CITY OF BERKELEY AND BOSS, et al., hereby request and stipulate to resetting both motions for summary judgment which are currently set for December 11, 2006 at 2:00 p.m. be continued to December 18, 2006 at 2:00 p.m.

Dated: _____     LAW OFFICES OF JOHN L. TAYLOR

                          By: _____
                              JOHN L. TAYLOR
                              Attorney for Plaintiff

Dated: _____     OFFICE OF THE CITY ATTORNEY

                          By: _____
                              MATTHEW J. OREBIC
                              Attorney for Defendant
                              CITY OF BERKELEY

STIPULATION PURSUANT TO
MOTION TO COMPEL                            1

```
1  Dated: _____         McNAMARA, DODGE, NEY, BEATTY
2                                 SLATTERY, PFALZER, BORGES
                                  AND BROTHERS, LLP
3

4                                 By: _____
                                      JENNIFER PHILLIPS
5                                     ATTORNEY FOR DEFENDANTS
                                      BOSS & CEDRIC McFARLAND
```

ORDER

PURSUANT TO STIPULATION, IT IS ORDERED that the hearing on Defendant City of Berkeley and Defendant Boss & Cedric McFarland's motions for summary judgment be rescheduled to *Dec. 18, 2006 at 2:00 p.m. All Local Rule deadlines shall be followed.*

Dated: 11/24/06

THE HONORABLE MARILYN HALL PATEL
JUDGE OF THE DISTRICT COURT

STIPULATION PURSUANT TO
MOTION TO COMPEL                           2