**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HENRY JAMES SAVAGE,

        Plaintiff,                       No. C 05-02378 MHP (EDL)

    v.                           ORDER EXCUSING ATTENDANCE
                                         AT SETTLEMENT CONFERENCE

CITY OF BERKELEY, et al.,

        Defendants.

_____/

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

      By letter dated June 19, 2007, Defendants Hong and Huyhn requested to be excused from personally appearing at the settlement conference scheduled for July 25, 2007. No opposition was filed by any party. Upon consideration of the request, the Court finds good cause for excusing personal attendance.

      If the Court concludes that the absence of Defendants Hong and Huyhn is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party including Defendants Hong and Huyhn.

SO ORDERED.

Dated:  July 5,  2007

                                *Elizabeth D. Laporte*
                              _____
                              ELIZABETH D. LAPORTE
                              United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28