United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HENRY JAMES SAVAGE,

    Plaintiff,

  v.

CITY OF BERKELEY, et al.,

    Defendants.
_____/

No. C 05-02378 MHP (EDL)

ORDER DENYING REQUEST
TO EXCUSE ATTENDANCE
AT SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

By letter dated June 27, 2007, the Great American Insurance Company claims representative Gregg Beaty requested to be excused from personally appearing at the settlement conference scheduled for July 25, 2007. No opposition was filed by any party.

Upon consideration of the request, the Court denies the request to excuse personal attendance. Therefore, it is hereby ORDERED that Mr. Beaty appear at the settlement conference in person scheduled on July 25, 2007 at 9:30 a.m. Pacific Standard Time.

SO ORDERED.

Dated: July 5, 2007

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge