1  John L. Taylor, Esq. (SBN #117532)
   507 Polk Street, Suite 300
2  San Francisco, CA 94102

3  Telephone:  415-956-0155
4  Facsimile:  415-956-0194

5  Attorneys for Plaintiff
   HENRY JAMES SAVAGE
6

7  MARTIN J. AMBACHER (State Bar No. 144596)
   McNamara, Dodge, Ney, Beatty, Slattery,
8  Pfalzer & Borges LLP
   1211 Newell Avenue
9  Post Office Box 5288
   Walnut Creek, CA 94596
10
   Telephone: (925) 939-5330
11 Facsimile:  (925) 939-0203

12 Attorneys for Defendants
   BUILDING OPPORTUNITIES FOR SELF-SUFFICIENCY
13 (B.O.S.S.) and CEDRIC McFARLAND

14                 UNITED STATES DISTRICT COURT

15                 NORTHERN DISTRICT OF CALIFORNIA

16

17 | HENRY JAMES SAVAGE, | Case No. C05-02378 MHP |
18 | Plaintiff, | **STIPULATION FOR DISMISSAL OF DEFENDANTS BUILDING OPPORTUNITIES FOR SELF-SUFFICIENCY AND CEDRIC MCFARLAND WITH PREJUDICE** |
19 | vs. | |
20 | CITY OF BERKELEY, CALIFORNIA, OFFICER V. HUYNH, badge #22; OFFICER P. HONG, badge #86; DOES 1-100, inclusive, BUILDING OPPORTUNITIES FOR SELF-SUFFICIENCY (BOSS); CEDRIC McFARLAND; DOES 101-200, | Honorable Marilyn Hall Patel |
21 | | |
22 | | |
23 | | |
24 | Defendant. | |
25

26

27

28

No. C05-02378 MHP
STIPULATION FOR DISMISSAL

(Left margin: McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP, ATTORNEYS AT LAW, P.O. BOX 5288, WALNUT CREEK, CA 94596, TELEPHONE: (925) 939-5330)

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff HARRY JAMES SAVAGE and Defendants BUILDING OPPORTUNITIES FOR SELF-SUFFICIENCY and CEDRIC McFARLAND, through their respective counsel of record, pursuant to the confidential settlement between these parties that Defendants BUILDING OPPORTUNITIES FOR SELF-SUFFICIENCY and CEDRIC McFARLAND are dismissed from this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

IT IS SO STIPULATED.

Dated: August ___, 2007

By: _____
John L. Taylor, Esq.
Attorneys for Plaintiff HENRY JAMES SAVAGE

Dated: ~~August~~ 10/9 ___, 2007

McNamara, Dodge, Ney, Beatty, Slattery, Pfalzer, Borges & Brothers LLP

By: _____
Martin J. Ambacher
Attorneys for Defendant
BUILDING OPPORTUNITIES FOR SELF-SUFFICIENCY (BOSS) and CEDRIC McFARLAND

10/16/2007



IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

No. C05-02378 MHP                         2